```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CEDRIC BISHOP,

                Plaintiff,

- against -

WINNING SOLUTIONS, INC.,

                Defendant.

25-cv-7135(JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **December 1, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           October 2, 2025

                                          John G. Koeltl
                                United States District Judge