UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEDRIC BISHOP, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED, Plaintiffs, v. WINNING SOLUTION INC., Defendant. | ECF CASE<br>No.: 1:25-cv-7135 |

**NOTICE OF SETTLEMENT**

To The Honorable Court:

The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
Oct. 20, 2025

Respectfully Submitted,

**GOTTLIEB & ASSOCIATES PLLC**
/s/ Jeffrey M. Gottlieb
Michael A. LaBollita (ML-9985)
Jeffrey M. Gottlieb (JG-7905)
Dana L. Gottlieb (DG-6151)
GOTTLIEB & ASSOCIATES PLLC
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: 212.228.9795
Fax: 212.982.6284
Jeffrey@Gottlieb.legal
Dana@Gottlieb.legal
Michael@Gottlieb.legal
*Attorneys for Plaintiffs*

SO ORDERED:

______________________________
United States District Court Judge